**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVELYN PATRICIA MEDRANO, AKA Patricia Medrano, <br><br>          Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br>          Respondent. | No. 12-73550 <br><br> Agency No. A029-187-742 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 25, 2015[**]

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

    Evelyn Patricia Medrano, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's denial of her applications for asylum, withholding of removal,

protection under the Convention Against Torture ("CAT"), cancellation of

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

removal, and adjustment of status. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

Medrano does not raise, and has therefore waived, any argument challenging the agency's determination with respect to CAT relief. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) ("Issues raised in a brief that are not supported by argument are deemed abandoned. Furthermore, an issue referred to in the appellant's statement of the case but not discussed in the body of the opening brief is deemed waived." (citations omitted)).

We lack jurisdiction to consider Medrano's contentions regarding her applications for asylum and cancellation of removal, as well as her contentions regarding her past criminal convictions, where she failed to exhaust these claims before the agency. *Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**